Gregory A. Wedner, SBN 067965
Daniel A. Osher, SBN 202740
**LOZANO SMITH**
4 Lower Ragsdale Drive, Suite 200
Monterey, CA 93940-5758
Telephone:   (831) 646-1501
Facsimile:   (831) 646-1801

Attorneys for Defendant
SALINAS UNION HIGH SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.P., a minor, By and Through C.P., Her Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> SALINAS UNION HIGH SCHOOL DISTRICT, <br><br> Defendant. | Case No. C08-03076 HRL <br><br> DEFENDANT SALINAS UNION HIGH SCHOOL DISTRICT'S ANSWER TO COMPLAINT |

Defendant SALINAS UNION HIGH SCHOOL DISTRICT ("District") pursuant to Rule 8 of the Federal Rules of Civil Procedure, in answer to the Complaint of Plaintiff K.P., a minor, by and through her guardian ad litem, C.P. ("Plaintiff"), hereby admits, denies, and alleges as follows:

## COMPLAINT

### PRELIMINARY STATEMENT

1.  In answer to paragraph 1 of the Complaint, the District admits that this action is brought pursuant to the Individuals with Disabilities Education Act ("IDEA"). The District further admits that the California Office of Administrative Hearings, Special Education Division, rendered a decision regarding the parties to this action on or about March 28, 2008. Except as expressly admitted and alleged, the District denies each and every remaining allegation of paragraph 1.

## JURISDICTION AND VENUE

2. In answer to paragraph 2 of the Complaint, the District admits all allegations therein.

3. In answer to paragraph 3 of the Complaint, the District admits all allegations therein, except that the District denies that all of the events that are the subject of the Complaint took place within the Northern District of California.

## PARTIES

4. In answer to paragraph 4 of the Complaint, the District admits that at the time of the events complained of in the Complaint, Plaintiff was a child with disabilities within the meaning of the IDEA and California Education Code. Except as expressly admitted herein, the District is without sufficient information, knowledge, or belief to admit or deny any of the remaining allegations in paragraph 4 of the Complaint, and therefore denies all remaining allegations therein.

5. In answer to paragraph 5 of the Complaint, the District admits that it is a subdivision of the State of California, organized and existing under the laws of the State of California, with the capacity to be sued. The District further admits that the IDEA speaks for itself, and the District denies all allegations within paragraph 5 of the Complaint that attempt to characterize, paraphrase, or expand on the language of the IDEA. The District also asserts that it has the responsibility to provide certain students with disabilities residing within its boundaries a free, appropriate public education designed to meet the student's unique needs in the least restrictive environment, but that the District's responsibility is not unqualified, and therefore, the District denies all remaining allegations in paragraph 5 of the Complaint that otherwise characterize the District's legal responsibility.

## STATUTORY SCHEME UNDER IDEA

6. In answer to paragraph 6 of the Complaint, the District asserts that the cited provisions of the IDEA speak for themselves, and the District denies all allegations within paragraph 6 of the Complaint that attempt to characterize, paraphrase, or expand on the language of the IDEA. Except as expressly admitted herein, the District is without sufficient information, knowledge, or belief to admit or deny any of the remaining allegations in paragraph 6 of the Complaint, and therefore denies all remaining allegations therein.

LOZANO SMITH
4 Lower Ragsdale Drive, Suite 200 Monterey, CA 93940-5758
Tel 831-646-1501 Fax 831-646-1801

7. In answer to paragraph 7 of the Complaint, the District asserts that the cited provisions of the IDEA speak for themselves, and the District denies all allegations within paragraph 7 of the Complaint that attempt to characterize, paraphrase, or expand on the language of the IDEA. Except as expressly admitted herein, the District is without sufficient information, knowledge, or belief to admit or deny any of the remaining allegations in paragraph 7 of the Complaint, and therefore denies all remaining allegations therein.

8. In answer to paragraph 8 of the Complaint, the District asserts that the cited provisions of the IDEA speak for themselves, and the District denies all allegations within paragraph 8 of the Complaint that attempt to characterize, paraphrase, or expand on the language of the IDEA. The District further admits that California has established an impartial due process hearing procedure through contract with the California Department of General Services, Office of Administrative Hearings, Special Education Division ("OAH"). Except as expressly admitted herein, the District is without sufficient information, knowledge, or belief to admit or deny any of the remaining allegations in paragraph 8 of the Complaint, and therefore denies all remaining allegations therein.

## STATEMENT OF RELEVANT FACTS

9. In answer to paragraph 9 of the Complaint, the District admits all allegations therein.

10. In answer to paragraph 10 of the Complaint, the District admits that the OAH issued an order on January 9, 2008, and that said order speaks for itself, and the District denies all allegations within paragraph 10 of the Complaint that attempt to characterize, paraphrase, or expand on the language of the order.

11. In answer to paragraph 11 of the Complaint, the District admits all allegations therein.

12. In answer to paragraph 12 of the Complaint, the District admits that the administrative law judge issued a decision, and that said decision speaks for itself, and the District denies all allegations within paragraph 12 of the Complaint that attempt to characterize, paraphrase, or expand on the language of the decision.

///

///

///

ANSWER TO COMPLAINT - 3 - K.P. v. SALINAS UNION HIGH SCH. DIST.
Case No. C08-03076 HRL

FIRST CAUSE OF ACTION

13. In answer to paragraph 13 of the Complaint, the District repeats its responses to paragraphs 1 through 12, inclusive, of the Complaint, and incorporates said responses as though fully set forth herein.

14. In answer to paragraph 14 of the Complaint, the District denies each and every allegation therein.

15. In answer to paragraph 15 of the Complaint, the District denies each and every allegation therein.

16. In answer to paragraph 16 of the Complaint, the District admits all allegations therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

17. The District alleges that Plaintiffs' Complaint fails to state a claim upon which relief may be granted against the District.

### SECOND AFFIRMATIVE DEFENSE
(Statute[s] of Limitation)

18. The District alleges that Plaintiffs are barred by the applicable statute[s] of limitations from asserting the claims alleged in the Complaint against the District.

### THIRD AFFIRMATIVE DEFENSE
(Laches, Waiver, Estoppel, Unclean Hands)

19. The District alleges that Plaintiffs are barred by the equitable doctrines of laches, waiver, estoppel, and/or unclean hands from asserting the claims alleged in the Complaint against the District.

### FOURTH AFFIRMATIVE DEFENSE
(Comparative Fault)

20. The District alleges that Plaintiffs are barred from asserting the claims alleged in the Complaint against the District as any alleged damages were not caused by the acts or omissions of District, but by the acts or omissions of Plaintiffs.

FIFTH AFFIRMATIVE DEFENSE
(Immunity and Privilege)

21. The District alleges that Plaintiffs are barred from asserting the claims alleged in the Complaint against the District as the District's actions are privileged, immune, justifiable, based solely on good faith, and/or otherwise lawful.

SIXTH AFFIRMATIVE DEFENSE
(Failure to Mitigate Damages)

22. The District is informed and believes, and on that ground alleges that Plaintiffs have had, and continue to have, the ability and opportunity to mitigate any and all damages alleged in the Complaint, and have failed to act reasonably to mitigate such.

SEVENTH AFFIRMATIVE DEFENSE
(Plaintiff Not Prevailing Party)

23. To the extent that Plaintiffs experienced limited success in the underlying administrative action, Plaintiffs are not a prevailing party and are barred in whole from an award of attorneys' fees.

EIGHTH AFFIRMATIVE DEFENSE
(OAH's Decision is Thorough and Well-Reasoned)

24. The District alleges that Plaintiffs are not entitled to any relief under their Complaint because the underlying special education due process decision issued by OAH is thorough and well-reasoned and, therefore, entitled to judicial deference.

Dated: September 2, 2008

Respectfully submitted,

**LOZANO SMITH**

_____
GREGORY A. WEDNER
DANIEL A. OSHER
Attorneys for Defendant
SALINAS UNION HIGH SCHOOL DISTRICT